FILED

FEB 2 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:23 CR 0099 |
| KELVIN BEDELL, | ) ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); Title 18, United States Code, |
| Defendant. | ) ) | Sections 1956(h) and 2. |

JUDGE GWIN

COUNT 1
(Possession with Intent to Distribute Cocaine,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about November 20, 2020, in the Northern District of Ohio, Eastern Division, Defendant KELVIN BEDELL did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Conspiracy to Launder Monetary Instruments, 18 U.S.C. §§ 1956(h) and 2)

The Grand Jury further charges:

2. From on or about April 21, 2020 to on or about February 25, 2021, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant KELVIN BEDELL, and others both known and unknown, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code,

Section 1956, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, cash deposits to be used for payments on a motor vehicle, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 and 2, inclusive are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; and Title 18, United States Code, Section 982. As a result of the foregoing offenses, Defendant KELVIN BEDELL shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the drug violation charged in Count 1; any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the drug violation charged in Count 1; and any

property, real or personal, involved in the money laundering violation charged in Count 2, or any property traceable to such property.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.